IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>WILLIAM NATHAN CHANDLER,<br><br>   Defendant. | 4:14CR3113<br><br>**RELEASE ORDER** |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 11:30 a.m. on November 4, 2022

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional condition:

 a. Defendant is ordered to obtain an updated mental health evaluation and comply with the recommendations of that evaluation.

September 1, 2022.

              BY THE COURT:

              *s/ Cheryl R. Zwart*
              United States Magistrate Judge