IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3113 |
| vs. | |
| WILLIAM NATHAN CHANDLER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) Defendant's unopposed motion to review the conditions of supervised release, (Filing No. 97), is granted.

2) Defendant shall comply with all terms and conditions of supervised release except as follows:

> Defendant shall be released to reside at Touchstone, Lincoln, Nebraska and participate in that facility's treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court. Upon successful completion of residential treatment, Defendant shall transition to a sober living residence/halfway house.
>
> Defendant shall submit to a search of his person, place of residence or vehicle, upon the request of law enforcement or Pretrial Services.

3) Defendant shall arrive at Touchstone, Lincoln, Nebraska by 10:00 a.m. on October 30, 2024. The Marshal shall release Defendant to Rene Chandler on October 30, 2024 at 8:45 a.m. for timely transport to the facility.

Dated this 25th day of October, 2024.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge